C. B. Odom v. The State.

No. 9265. Delivered February 25, 1925.

Driving An Auto—Intoxicated—Affirmed.

The indictment appears regular. The record is without statement of facts or bills of exception. No fundamental error has been discovered, or pointed out, and the judgment is affirmed.

Appeal from the District Court of Lavaca County. Tried below before the Hon. M. C. Jeffrey, Judge.

Appeal from a conviction for driving an automobile upon the street while under the influence of intoxicating liquor; penalty, one year in the penitentiary.

No brief filed for appellant.

*Tom Garrard,* State's Attorney, and *Grover C. Morris,* Assistant State's Attorney, for the State.

MORROW, PRESIDING JUDGE.—The conviction is for driving an automobile upon the street while under the influence of intoxicating liquor; punishment fixed at confinement in the penitentiary for one year.

The indictment appears regular. The record is before us without statement of facts or bills of exception. No fundamental error has been discovered or pointed out.

The judgment is affirmed.

*Affirmed.*